Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE TAYLOR, | ) Case No. 3:10-CV-05248-RS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| FEDERAL BOND AND COLLECTION SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th day of May, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1 | Filed electronically on this 11th day of May, 2011, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system to:

5 | Honorable Richard Seeborg
6 | United States District Court
Northern District of California

7

8 | Brandon L. Reeves
Ellis, LaVoie, Poirier, Steinheimer, & McGee, LLP
9 | 555 University Avenue
Suite 200 East
10 | Sacramento, CA 95825

11

12 | Mark Ewell Ellis
Ellis LaVoie Poirier Steinheimer & McGee, LLP
13 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825

14

15 | This 11th day of May, 2011.

16 | s/Todd M. Friedman
17 | Todd M. Friedman