*E-Filed  5/11/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLENE TAYLOR, | No. C 10-05248 RS |
| | **STANDBY ORDER TO SHOW CAUSE** |
| Plaintiffs, | |
| v. | |
| FEDERAL BOND AND COLLECTION SERVICE, | |
| Defendants. | |
| _____/ | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **July 22, 2011.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 28, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  5/11/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California