UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARLENE TAYLOR,<br>            Plaintiff, | No. C 10-5248 RS |
| v. | **ORDER RE: ATTENDANCE** |
| FEDERAL BOND AND COLLECTION SERVICE, INC.,<br>            Defendants. | Date:      May 18, 2011<br>Mediator:  Kent Jonas |

IT IS HEREBY ORDERED that the requests to excuse defendant Federal Bond and Collection Service, Inc.'s company representative, Henry Stoughton, and its insurer representative, Shawn Harris, are GRANTED. Both Mr. Stoughton and Mr. Harris shall be available at all times to participate by telephone in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

May 11, 2011                           By:                    *Elizabeth D. Laporte*

Dated                                                           Elizabeth D. Laporte
                                                                United States Magistrate Judge